No. 83–6353. Bury v. Macaluso et al. C. A. 11th Cir. Certiorari denied. 

No. 83–6384. Cherry v. Marshall, Superintendent, Southern Ohio Correctional Center. C. A. 6th Cir. Certiorari denied. 

No. 83–6409. Ramos v. Scully, Superintendent, Green Haven Correctional Facility, et al. C. A. 2d Cir. Certiorari denied. 

No. 83–6424. Atalig v. Northern Mariana Islands. C. A. 9th Cir. Certiorari denied. 

No. 83–6438. Fant v. Pennsylvania. Sup. Ct. Pa. Certiorari denied. 

No. 83–6463. Rizzio v. Illinois. App. Ct. Ill., 2d Dist. Certiorari denied. 

No. 83–6476. Girdler v. Arizona. Sup. Ct. Ariz. Certiorari denied. 

No. 83–6594. Viccarone v. North Olmstead Police Department. C. A. 6th Cir. Certiorari denied. 

No. 83–6603. Sena v. Winans, Warden. C. A. 10th Cir. Certiorari denied.

No. 83–6609. Gee v. Maryland. Ct. App. Md. Certiorari denied. 

No. 83–6612. Dawson v. Maggio, Warden. C. A. 5th Cir. Certiorari denied. 

No. 83–6614. Tillis v. Cooke et al. C. A. 11th Cir. Certiorari denied.

No. 83–6615. Hernandez v. Spencer et al. C. A. 5th Cir. Certiorari denied. 

No. 83–6618. Smith v. Carroll. Super. Ct. Pa. Certiorari denied. 

No. 83–6621. Remson v. United States. C. A. 6th Cir. Certiorari denied.